**In re James MURPHY, Petitioner.**

**No. 10–2695.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
June 30, 2010.

Filed: July 26, 2010.

James E. Murphy, Chambersburg, PA,
pro se.

US Atty. HGB, Office Of United States
Attorney, Harrisburg, PA, for Defendant.

Before: McKEE, Chief Judge,
SCIRICA and WEIS, Circuit Judges.

### OPINION

PER CURIAM.

James Murphy petitions for a writ of
mandamus directing the District Court to
release him. For the reasons below, we
will deny the petition.

In July 2009, Murphy was convicted of
drug trafficking charges.[1] On May 24,
2010, Murphy filed a habeas petition pursuant to 28 U.S.C. § 2241. The District
Court dismissed the § 2241 petition by
order entered May 27th, and Murphy filed
a notice of appeal which was docketed at
No. 10–2696. On June 9th, Murphy filed
his mandamus petition in which he requested that we review the District
Court's dismissal of his § 2241 petition.

A writ of mandamus should be issued
only in extraordinary circumstances. *See
Sporck v. Peil,* 759 F.2d 312, 314 (3d Cir.
1985). Determining whether an extraordinary circumstance exists requires a two-part inquiry. First, it must be established
that there is no alternative remedy or
other adequate means of relief. Second, a
petitioner must demonstrate a clear and
indisputable right to the relief sought.
*Kerr v. United States District Court,* 426
U.S. 394, 403, 96 S.Ct. 2119, 48 L.Ed.2d
725 (1976). A writ is not a substitute for
an appeal. *In re Kensington Intern. Ltd.,*
353 F.3d 211, 219 (3d Cir.2003). Because
Murphy can challenge the denial of his
§ 2241 petition on appeal, he has other
adequate means of relief and is not entitled to a writ of mandamus.

Accordingly, we will deny the petition.
Murphy's motion to stay his criminal proceedings is denied.

---

1. On June 22, 2010, Murphy was sentenced to 360 months in prison and filed a *pro se* notice of appeal.